ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2021 MAY 26  PM 2:02

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | 3-21CR0248-N |
| MICHAEL WILMER WILSON | |

### INDICTMENT

The Grand Jury charges:

Count One
Bank Robbery
(Violation of 18 U.S.C. § 2113(a))

On or about February 9, 2021, in the Dallas Division of the Northern District of Texas, **Michael Wilmer Wilson**, the defendant, did knowingly and intentionally take, by force and violence, and by intimidation, from the person and presence of another, namely, an employee of Bank OZK, 2821 Fort Worth Avenue, Dallas, Texas, United States currency belonging to and in the care, custody, control, management, and possession of Bank OZK, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

Indictment—Page 1

Forfeiture Notice
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of the indictment and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), **Michael Wilmer Wilson**, the defendant, shall forfeit to the United States of America any property, real or personal, constituting or derived from proceeds traceable to the offense.

A TRUE BILL:

_____
FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_____
ANDREW J. BRIGGS
Assistant United States Attorney
California Bar No. 294224
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: andrew.briggs@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MICHAEL WILMER WILSON

INDICTMENT

18 U.S.C. § 2113(a)
Bank Robbery
(Count 1)

18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                                                     FOREPERSON

Filed in open court this 26 day of May, 2021.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:21-MJ-412-BN