IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:21-CR-00248-N |
| | § | |
| MICHAEL WILMER WILSON (1), | § | |
|     Defendant. | § | |

## ORDER

Defendant, Michael Wilmer Wilson (1), has filed an Unopposed Notice of Waiver of Arraignment Hearing and Entry of Plea of "Not Guilty." Said Notice and Waiver, in accordance with the findings set forth below, is this <u>1st</u> day of June 2021, ACCEPTED AND GRANTED.

In accordance with Rule 10(b) of the Federal Rules of Criminal Procedure, this Court finds that the Defendant received a copy of the Indictment, that he understands the charges filed against him, and that he understands that he has a right to attend an arraignment hearing, but that he has requested that this Court accept his waiver of his presence at the hearing and enter a plea of "Not Guilty" on his behalf. This Court finds that the Defendant and his counsel have signed the waiver and this Court hereby accepts this Notice and Waiver of Appearance at an Arraignment Hearing and enters a plea of "Not Guilty" on his behalf.

The Court will issue a separate scheduling order.

Signed June 1, 2021.

_____
**David C. Godbey
United States District Judge**